THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:

**BECKY GARCIA and**
**ESTAVAN B. GARCIA,**

      Debtors.                               No. **7-05-14383 SA**

**PHILIP J. MONTOYA**, Trustee,

      Plaintiff,

v.                                               Adv. No. **06-01054 S**

**TEODORO A. GARCIA and**
**ESTHER J. GARCIA,**

      Defendants.

## NOTICE OF APPEAL

Philip J. Montoya, the plaintiff appeals under 28 U.S.C. §158(b) from the judgment of the bankruptcy Judge James S. Starzynski for Defendants and against Plaintiff entered in this adversary proceeding on the 11th day of April, 2007 (document number 35).

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Thomas G. Rice | Moore, Berkson & Gandarilla |
| Counsel for Defendant Esther J. Garcia | Counsel for Plaintiff Philip J. Montoya |
| 500 4th St. NW Ste 230 | P.O. Box 216 |
| Albuquerque, NM 87102-2106 | Albuquerque, NM 87103 |
| (505) 883-5141 | (505) 242-1218 |

Dated: April 20, 2007

                                          Moore, Berkson & Gandarilla, P.C.
                                          Counsel for Appellant
                                          <u>Submitted electronically 4-20-07</u>
                                          George M. Moore
                                          Bonnie B. Gandarilla
                                          P.O. Box 216
                                          Albuquerque, NM 87103
                                          (505) 242-1218
                                          Fax: 242-2836

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of filing this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. 158 (c), to have the appeal heard by the district court.

      I hereby certify that on April 20 , 2007, I caused to be served by electronic mail a copy of the foregoing notice to:

Thomas G. Rice
Counsel for Defendant Esther J. Garcia
hallandrice@hotmail.com
arrozman@aol.com

<u>Submitted electronically</u>
Bonnie B. Gandarilla